**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NOTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| ANTON CLIFFORD, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE NO.: |
| | ) | 1:20-CV-05060-JPB |
| v. | ) | |
| | ) | |
| XPAND PETROLEUM, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

COME NOW Plaintiff ANTON CLIFFORD and Defendant XPAND PETROLEUM, INC., through their undersigned attorneys of record, and hereby give Notice of Settlement in the above-entitled matter. The parties, through their respective counsel, will finalize the settlement agreement within two (2) weeks.

Respectfully submitted, this 22nd day of November 2021.

| M. CARTER LAW LLC | KUMAR, PRABHU, PATEL & BANERJEE, LLC |
|---|---|
| /s/ Meredith J. Carter | /s/ Blaine Allen |
| Georgia Bar No. 325422 | Georgia Bar No. 523818 |
| | Roy Banerjee |
| | Georgia Bar No. 035917 |
| 2690 Cobb Parkway | 990 Hammond Drive |
| Suite A5-294 | Suite 800 |
| Smyrna, Georgia 30080 | Atlanta, Georgia 30328 |
| T: (404) 618-3838 | T: (678) 443-2216 |
| meredith@mcarterlaw.com | rbanerjee@kppblaw.com |
| | ballen@kppblaw.com |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NOTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ANTON CLIFFORD, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION FILE NO.: |
| ) | 1:20-CV-05060-JPB |
| v. ) | |
| ) | |
| XPAND PETROLEUM, INC., ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

This is to certify that on this day I filed the foregoing **Notice of Settlement** with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the following parties at interest:

> Blaine Allen
> Roy Banerjee
> rbanerjee@kppblaw.com
> ballen@kppblaw.com

This 22nd day of November 2021.

> /s/ Meredith J. Carter
> Meredith J. Carter
> Georgia Bar No. 325422